

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-18-00360-CV

_____

ESTATE OF MARIANNE ELIZABETH MANN, DECEASED

On Appeal from Probate Court No. 2
Tarrant County, Texas
Trial Court No. 2017-PR03285-2-A

Before Kerr, Pittman, and Birdwell, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

We have considered appellant's "Motion to Dismiss Appeal." We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Appellant must pay all costs of this appeal. *See* Tex. R. App. P. 42.1(d), 43.4.

Per Curiam

Delivered: February 28, 2019